# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**MARK DAVID GOODE ET AL**  **CASE NO. 2:21-CV-03072**

**VERSUS**  **JUDGE JAMES D. CAIN, JR.**

**STATE FARM FIRE & CASUALTY CO**  **MAGISTRATE JUDGE KAY**

## JUDGMENT

Considering the foregoing,

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed with full prejudice, each party to bear its own costs of court.

**THUS DONE AND SIGNED** in Chambers this 10th day of December, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**